MARY TOAL, as Administratrix of the Estate of PATRICK A. TOAL, Appellant, *v.* INTERNATIONAL RAILWAY COMPANY, Respondent.

(Argued May 27, 1935; decided June 11, 1935.)

*Samuel E. Chasin* and *Maurice Lutwack* for appellant.
*Ralph K. Robertson* and *Albert M. Kraus* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.